IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Boy Racer Inc | § § § | |
| v. | § § | CRIMINAL NO. H-11-3033 |
| Does 1-36 | § § § | |

### ORDER

The Motion to Quash Subpoena (Docket Entry #12) by Christi Burn is DENIED.

SIGNED at Houston, Texas, this 30th day of January, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE